U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 03 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DEMATHUS TERREL LEDET | CIVIL ACTION 13-2101 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, and noting the absence of objections, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 USC section 405(g). More particularly, the remand includes, without limitation, sending the case to the hearing level with instructions to the Administrative Law Judge to (1) have Mr. Ledet examined by a consultative physician who is knowledgeable about multiple sclerosis and its effects; (2) order updated records and functional evaluations from Mr. Ledet's treating physicians, and (3) determine whether Mr. Ledet retains the residual functional capacity to perform any type of work. It is further **ORDERED** that the claimant be afforded the opportunity to submit additional evidence to testify at a supplemental hearing.

THUS DONE and SIGNED on this 1st day of October, 2014.

_____
RICHARD T. HAIK SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA